# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY HAMMOND MURPHY,<br><br>   Plaintiff,<br><br>v.<br><br>CUISINE SOLUTIONS, INC.,<br><br>   Defendant. | Civil Action No. 22-202 |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Anthony Hammond Murphy voluntarily dismisses all claims alleged in *Murphy v. CUISINE SOLUTIONS, INC.*, Case No. 1:22-cv-00202-RAL, without prejudice, and with each party bearing his and its own costs.

Dated: October 14, 2022

*/s/Lawrence H. Fisher*
Lawrence H. Fisher (PA 67667)
One Oxford Centre
301 Grant Street, Suite 270
Pittsburgh, PA 15219
Tel. (412) 577-4040
lawfirst@lawrencefisher.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, October 14, 2022, a true and correct copy of the foregoing document was filed on the Court's CM/ECF system and will be served upon all counsel of record.

Respectfully Submitted,

Dated: October 14, 2022               */s/ Lawrence H. Fisher*
                                                            Lawrence H . Fisher